■ RAYMOND G. MORAN, Respondent, v. PORT CHESTER IRON WORKS, INC., et al., Respondents, and WILLIAM J. LONG et al., Appellants.— Motion by appellants for reargument of their motion for a stay of trial, pending appeals, granted. On reargument, motion by appellants for a stay of trial, pending appeals, granted, on condition that appellants perfect the appeals and be ready to argue or submit them at the May Term, beginning April 24, 1961; appeals ordered on the calendar for said term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ MINNIE NOVINS, Appellant, v. JOSEPH SKLAR et al., Respondents.— Motion by appellant for leave, pursuant to statute (Civ. Prac. Act, §§ 196, 198-a, 199, 558), to prosecute her appeal as a poor person, granted. Neil Stockhamer, Esq., of 66 Court Street, Brooklyn, having consented to act without compensation except such as may be allowed by the court out of any recovery (Civ. Prac. Act, § 196), is hereby assigned to prosecute the appeal. Appellant's prior motion for this relief was treated by the court as one to dispense with printing, and it was granted accordingly. Such motion, therefore, is not a bar to the instant motion. Motion by respondents to dismiss appeal, denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTINE BAGLEY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD KINCH, Appellant.— Motion by appellant for further reconsideration of his prior motions: (a) for leave to dispense with printing upon his appeals from orders entered March 14, 1958, October 27, 1958 and February 4, 1960, denying, without a hearing, his coram nobis applications; and (b) for assignment of counsel. Motion granted. Upon reconsideration, motions to dispense with printing granted. The appeals will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinions, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning Wednesday, September 6, 1961; appeals ordered on the calendar for said term. Motions for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre St., New York 13, New York, is assigned as counsel to prosecute the appeals. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER NOTTER, Appellant.— Motion by respondent to dismiss appeal from a judgment of the County Court, Nassau County, rendered October 14, 1960, adjudicating defendant to be a youthful offender and sentencing him. Motion granted; appeal dismissed. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.